AO 121 (6/90)

| TO: | | |
|---|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION      ☐ APPEAL | COURT NAME AND LOCATION<br>UNITED STATES DISTRICT COURT<br>District of Delaware<br>844 N. King Street<br>Wilmington, DE 19801 | |
|---|---|---|
| DOCKET NO | DATE FILED | |
| PLAINTIFF<br>SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; LOUD RECORDS, LLC; and ARISTA RECORDS LLC | | DEFENDANT<br>LEON FRANCIA |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | See Exhibit A, attached. | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | |
|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached:

| COPY ATTACHED<br>☐ Order   ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |
| | | |

*U.S.G.P.O. 1982-374-279

Copy 1 – Upon initiation of action, mail this copy to Register of Copyrights.

# EXHIBIT A

## LEON FRANCIA

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Message | It Was Written | 220-016 |
| UMG Recordings, Inc. | Ludacris | Growing Pains | Word of Mouf | 304-605 |
| Atlantic Recording Corporation | Jewel | Angel Standing By | Pieces of You | 198-481 |
| Loud Records LLC | Mobb Deep | Quiet Storm Remix | Murda Muzik | 293-229 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The Flyest | Stillmatic | 305-698 |
| Arista Records LLC | Whitney Houston | My Love Is Your Love | My Love is Your Love | 298-453 |