IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, A DELAWARE GENERAL PARTNERSHIP; ET AL., <br><br>Plaintiff/Petitioner <br><br> vs. <br> LEON FRANCIA <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO 06-355 <br><br> DECLARATION OF SERVICE OF: <br> NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL RE A COPYRIGHT |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **9th day of June, 2006, at 7:41 PM**, at the address of **1560 CLAYTON Road, WILMINGTON, New Castle** County, **DE 19805**; this declarant served the above described documents upon **LEON FRANCIA**, by then and there personally delivering **1** true and correct copy (ies) thereof, by then presenting to and leaving the same with **LEON FRANCIA, Respondent / White, Male, Age 40's, 5'10", 165 lbs with brown hair**, a person of suitable age and discretion who stated the above address to be the residence and usual place of abode of themselves and the subject(s) and/or subjects legal representative listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of _Delaware_ that the statement above is true and correct.

DATED this **12th day of June, 2006**.

_Harry Cederholm_

Harry Cederholm, Reg. # None Required, New Castle / DE

| | | |
|---|---|---|
| ABC's Client Name <br> **Holme, Roberts & Owen LLP (PFI)** | ORIGINAL PROOF OF SERVICE | ABC Tracking #: 3880014 |