IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; UMG RECORDINGS, INC., a Delaware corporation; ATLANTIC RECORDING CORPORATION, a Delaware corporation; LOUD RECORDS, LLC, a Delaware corporation; and ARISTA RECORDS LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>LEON FRANCIA,<br><br>Defendant. | Case No. 06-355 |

## STIPULATION

**IT IS HEREBY AGREED AND STIPULATED** by the attorneys for the undersigned that Defendant is granted a thirty-day extension of time in which to file an Answer to Plaintiffs' Complaint and/or otherwise plead. An Answer is now due to Plaintiffs' Attorney on or before July 29, 2006.

| LAW OFFICE OF RICHARD F. RAGO | PHILLIPS, GOLDMAN & SPENCE, P.A. |
|---|---|
| /s/ Richard F. Rago<br>RICHARD F. RAGO, ESQUIRE – ID #798<br>1401 Pennsylvania Avenue<br>Suite 101<br>Wilmington, Delaware 19806<br>Telephone: (302) 658-9671<br>Facsimile: (302) 658-9684<br><br>Dated: June 27, 2006 | ROBERT S. GOLDMAN, ESQUIRE (ID#2508)<br>LISA C. MCLAUGHLIN, ESQUIRE (ID#3113)<br>1200 North Broom Street<br>Wilmington, Delaware 19806<br>Telephone: (302) 655-4200<br>Facsimile: (302) 655-4210<br><br>Dated: 6/27/06 |