IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT, A Delaware general partnership; UMG RECORDINGS, INC,. a Delaware Corporation; ATLANTIC RECORDING CORPORATION , a Delaware corporation; LOUD RECORDS, LLC, a Delaware Corporation; and ARISTA RECORDS LLC, A Delaware limited liability company,<br><br>   Plaintiffs,<br><br>Vs.<br><br>LEON FRANCIA,<br><br>   Defendant, | C.A. NO.  06-355<br><br>(Demand For Jury Trial of 12) |

## ANSWER OF DEFENDANT LEON FRANCIA

1. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

2. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

3. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

4. Admitted that Defendant resides in this district;  Defendant is without knowledge or information sufficient to form a belief as to the truth of the remaining averments of this paragraph.

5. Defendant is without knowledge or information sufficient to form a belief

as to the truth of the averments of this paragraph.

    6.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

    7.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

    8.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

    9.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

    10.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

## COUNT I

### INFRINGEMENT OF COPYRIGHTS

    11.    Defendant incorporates herein by this reference each and every answer contained in each paragraph above

    12.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

    13.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

    14.    Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments as to whether Plaintiffs were informed that the Defendant, without the permission or consent of the Plaintiffs, has used, and continues to use, an online media distribution system to download the Copyrighted Recordings to distribute

the Copyrighted recordings to the public, and/or to make the Copyrighted Recordings available for distribution to others; Denied, that Defendant has violated Plaintiffs' exclusive rights of reproduction and distribution and that Defendants actions constitute infringement of Plaintiffs' copyrights and exclusive rights under copyright.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

16. Defendant is without knowledge or information to form a belief as to the truth of the averments of the paragraph relating to whether Plaintiffs were informed that the alleged foregoing acts were willful, intentional and in disregard of and with indifference to the rights of the Plaintiffs'; Denied that Defendant willfully, intentionally and in disregard of and with indifference to the rights of the Plaintiffs' committed the foregoing acts of infringement.

17. Defendant is without knowledge or information sufficient to form a belief as to the truth of the averments of this paragraph.

18. Denied

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims, or parts thereof, are barred due to fact that Defendant has never downloaded or uploaded any music files or used any file sharing software.

**THIRD AFFIRMATIVE DEFENSE**

Plaintiffs' claims are barred by the Statute of Limitations pursuant to 17 U.S.C. § 507(b).

WHEREFORE, Defendant prays for judgment as follows:

1. The cause of action be dismissed and Defendant be released from any liability.

2. That the court assess all costs and attorney fees expended to defend this matter against Plaintiffs in favor of the Defendant.

3. For such other and further relief as the Court may deem just and proper

   July 24, 2006      
       DATE

RICHARD F. RAGO, ESQUIRE
1401 Pennsylvania Avenue
Suite 101
Wilmington, DE 19806
(302) 658-9671
Attorney for Defendant, LEON FRANCIA
Bar Identification #798

**CERTIFICATE OF SERVICE**

I, Richard F. Rago, hereby certify that on, July 24, 2006, I served copies of the ANSWER to COMPLAINT by LEON FRANCIA on the following parties by way of ELECTRONIC CASE FILING (CM/ECF):

ROBERT S. GOLDMAN,
LISA MCGLUGHLIN of
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
(New Castle Co.)

Attorneys for Plaintiffs SONY BMG MUSIC ENTERTAINMENT; UMG RECORDINGS, INC.; ATLANTIC RECORDING CORPORATION; LOUD RECORDS, LLC; and ARISTA RECORDS LLC.

| | |
|---|---|
| __July 24, 2006_____<br>Date | RICHARD F. RAGO,ESQUIRE<br>1401 Pennsylvania Avenue<br>Suite 101<br>Wilmington, DE 19806<br>(302) 658-9671<br>Attorney for Defendant, Leon Frnacia<br>Bar Identification #798 |