# PHILLIPS, GOLDMAN & SPENCE, P. A.

ATTORNEYS AT LAW

JOHN C PHILLIPS JR
STEPHEN W SPENCE
ROBERT S GOLDMAN
LISA C McLAUGHLIN
JAMES P HALL
JOSEPH J FARNAN III
BRIAN E FARNAN
MELISSA E CARGNINO

PENNSYLVANIA AVE AND BROOM ST
1200 N BROOM STREET
WILMINGTON DELAWARE 19806

(302) 655-4200
(302) 655-4210 (F)

SUSSEX COUNTY OFFICE
1509 HIGHWAY ONE
DEWEY BEACH DE 19971
(302) 226-4200
(302) 226-1205 (F)

REPLY TO: _____

August 18, 2006

*E-Filed*

The Honorable Kent A. Jordan
United States District Court
844 King Street
Lock Box 10
Wilmington, DE  19801

      Re:    Sony BMG Music Entertainment, et al. v. Leon Francia
                C.A. No. 06-355-KAJ

Dear Judge Jordan:

      I am pleased to advise that the parties have resolved this lawsuit. Accordingly, I anticipate filing a Notice of Dismissal within the next ten days to two weeks once the closing documents have been executed. As the Court is aware, there is a scheduling teleconference scheduled for Monday, August 21, 2006 at 3:30 p.m. Unless the Court requests that the teleconference go forward, I am respectfully requesting that the teleconference be cancelled. I look forward to your advice.

                                            Respectfully submitted,

                                            ROBERT S. GOLDMAN

RSG:clb
cc:    Richard F. Rago, Esquire