IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SONY BMG MUSIC ENTERTAINMENT<br>UMG RECORDINGS<br>ATLANTIC RECORDING CORP.<br>LOUD RECORDS<br>ARISTA RECORDS LLC<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>LEON FRANCIA,<br><br>　　　　Defendant. | CIVIL ACTION No. 1:06-cv-00355-KAJ |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The parties to this case, Plaintiffs Sony BMG Music Entertainment., *et al.* and Defendant Leon Francia, acting under the authority of FED. CIV. P. 41(a)(1)(ii), jointly stipulate to the dismissal with prejudice of this case, with all parties to bear their own costs, expenses, and fees.

Respectfully submitted this 2nd day of October, 2006.

DATED: 10/2/06                    By: /s/ Robert S. Goldman

Robert S. Goldman, Esq.
Lisa Cresci McLaughlin, Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
(New Castle Co.)
Main Phone: (302) 655-4200
Main Fax: (302) 655-4210

Attorneys for Plaintiffs

DATED: __9/28/06__   By: _____
LAW OFFICE OF RICHARD F. RAGO
Richard Rago, Esq.
1401 Pennsylvania Ave, Suite 101
Wilmington, DE 19806
Phone: (302)658-9671
Fax: ( ) -

Attorneys for Defendant Leon Francia

2